```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANKLIN LOURIDO, : 1:09-CV-10181 (SHS) (RLE)

          Plaintiff, :

   - against – : **ORDER OF WITHDRAWAL OF APPEARANCE PURSUANT TO LOCAL CIVIL RULE 1.4**

CAROLINA HERRERA, :

          Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Defendant Carolina Herrera, Ltd., incorrectly sued herein as "Carolina Herrera", through its counsel, Epstein Becker & Green, P.C., ("EBG") hereby requests pursuant to Local Civil Rule 1.4 that the Appearance of **Ann L. Moscow** as counsel on its behalf be terminated.

      EBG has represented Defendant throughout the pendency of this action and continues to do so. Ms. Moscow initially appeared in this action while an attorney at EBG but is no longer associated with EBG and will not continue her representation of Defendant in this matter.

      This case is currently in the discovery phase with a fact discovery cut-off date of July 15, 2010, and has not yet been placed on the Court's trial calendar, thus this withdrawal will not affect the posture of the case.

Dated: New York, New York
      April 19, 2010

EPSTEIN BECKER & GREEN, P.C.

By: _____
Amy J. Traub
ajtraub@ebglaw.com
Brian M. Molinari
bmolinari@ebglaw.com
250 Park Avenue
New York, New York 10177
(212) 351-4500

SO ORDERED: _____
              USDJ

DATED: April 20, 2010

NY:4199393v1

## CERTIFICATE OF SERVICE

I, Brian M. Molinari, Esq., hereby certify that, on April 19, 2010, I caused a true and correct copy of the within Order of Withdrawal of Appearance Pursuant to Local Civil Rule 1.4 to be served by first class mail upon the *pro se* plaintiff as follows:

> Mr. Franklin Lourido
> 97-20 31st Avenue
> East Elmhurst, NY 11369

_____
Brian M. Molinari